JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

MARIA TERESA WEIDNER; #027912
Asst. Federal Public Defender
Attorney for Defendant
maria_weidner@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  vs.<br><br>Gabriel Quinn Enos,<br><br>    Defendant | No. CR-18-207-PHX-SMB<br><br>**MOTION TO CONTINUE DISPOSITION HEARING**<br><br>**(Fifth Request)** |

Defendant, through undersigned counsel, respectfully requests that this Court continue the currently set disposition hearing in the above-caption case for a period of at least sixty (60) days from the current date of April 14, 2020.  This request is made to permit defendant to explore the possibility of a combined resolution to both the instant case and related case, CR-19-834-PHX-SMB.

Defense counsel has contacted Assistant United States Attorney Raynette Logan regarding this motion and the government has no objection to the requested continuances.

/ / /

/ / /

/ / /

/ / /

Excludable delay under 18 U.S.C. § 3161(h)(1)(H) may result from this motion or from an order based thereon.

Respectfully submitted: March 6, 2020.

JON M. SANDS
Federal Public Defender
 *s/Maria Teresa Weidner*
MARIA TERESA WEIDNER
Asst. Federal Public Defender

2