IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-18-207-PHX-SMB |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | **(Fifth Request)** |
| Gabriel Quinn Enos, | |
| Defendant | |

Upon motion of the defendant and no objection from the Government and good cause appearing,

**IT IS ORDERED** granting the defendant's Motion to Continue Disposition Hearing (Doc. 63) for the reasons stated in defendant's motion.

**IT IS FURTHER ORDERED** continuing the disposition of this case from April 14, 2020, to June 9, 2020, at 9:00 a.m. in Courtroom 506 before Judge Susan M. Brnovich.

Dated this 12th day of March, 2020.

Honorable Susan M. Brnovich
United States District Judge